# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133911

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LISA ANN DOLPH-HOSTETTER,
    Defendant-Appellant.

SC: 133911
COA: 262858
St. Joseph CC: 00-010340-FC

_____/

    On order of the Court, the application for leave to appeal the April 3, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    CAVANAGH and KELLY, JJ., would grant leave to appeal.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

_____
Clerk

p0926